## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **ROMAG FASTENERS, INC.,** : | |
| **Plaintiff,** : | |
| : | **No. 07-cv-1667 (JBA)** |
| **v.** : | |
| : | |
| **J.C. PENNEY, INC. and** : | |
| **J.C. PENNEY CORP., INC.,** : | |
| **Defendants.** : | |

### ORDER DISSOLVING TEMPORARY RESTRAINING ORDER

On consent of the parties, the November 28, 2007 temporary restraining order [Doc. # 22] is DISSOLVED, and the Clerk of Court is directed to release the plaintiff's bond.

IT IS SO ORDERED.

/s/

_____
JANET BOND ARTERTON, U.S.D.J.
Dated at New Haven, Connecticut, this 5th day of December, 2007.